UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA MORRIS, et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>JAGUAR LANDROVER NORTH AMERICA, LLC and JAGUAR CARS LIMITED, a foreign corporation,<br><br>              Defendants. | NO.  CV-12-0197-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

    BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, ECF No. 6, filed June 29, 2012 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have not served an answer nor a motion for summary judgment in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Notice (ECF No. 6), which the Court construes as a motion, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and close the file.

    **DATED** this_____15th_____day of August, 2012.

                                   ***s/Lonny R. Suko***

                                   LONNY R. SUKO<br>                             UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE