UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA MORRIS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAGUAR LANDROVER NORTH AMERICA, LLC and JAGUAR CARS LIMITED, a foreign corporation, <br><br> Defendants. | NO.  CV-12-0197-LRS <br><br> **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

**BEFORE THE COURT** is the parties' Stipulated Order as to Dismissal With Prejudice and Without Costs (ECF No. 11) advising the Court that the parties have reached agreement and stipulate to dismissal of the lawsuit with prejudice.  Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and **CLOSE THE FILE.**

**DATED** this____26th____day of September, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITH PREJUDICE